## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Township of Radnor,
     Appellant      :   **CASES CONSOLIDATED**

     v.         :   No. 1665 C.D. 2019

Goshen Holding Company, Inc.
and C.F. Holloway, III

Township of Radnor

     v.         :   No. 1691 C.D. 2019

Goshen Holding Company, Inc. and
C.F. Holloway, III

Appeal of: Jeffrey S. Rosenblum and
Leonor R. Rosenblum

## PER CURIAM      O R D E R

NOW, September 11, 2020, having considered Designated Appellant Township of Radnor's application for reargument/reconsideration and Appellees' answer in response thereto, the application is denied.